IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SERGIO BUTLER and MICHAEL EVANS, | ) ) ) | |
| Plaintiffs, | ) ) | 8:14CV306 |
| v. | ) ) | |
| LANCASTER COUNTY DEPT OF CORRECTIONS and LANCASTER COUNTY, | ) ) ) ) | MEMORANDUM AND ORDER |
| Defendants. | ) ) | |

Plaintiff Michael Evans, along with several other individuals, filed a complaint (Filing No. 1) in this matter on October 6, 2014, while he was incarcerated. Plaintiff also filed a Motion for Leave to Proceed in Forma Pauperis (Filing No. 20) while he was incarcerated. On November 4, 2014, plaintiff set forth in correspondence that he would no longer be incarcerated as of November 4, 2014 (Filing No. 42).

Since plaintiff is no longer incarcerated, he must now file a new application for leave to proceed in forma pauperis if he wishes to pursue this case in forma pauperis. Plaintiff may, in the alternative, pay the Court's $400.00 filing and administrative fees. If plaintiff fails to either file a new in forma pauperis application or pay the $400.00 fees within 30 days

from the date of this Memorandum and Order, this case will be dismissed without prejudice and without further notice.

IT IS ORDERED:

1. Plaintiff shall either file a new application to proceed in forma pauperis or pay the Court's $400.00 filing and administrative fees within 30 days from the date of this Memorandum and Order. If plaintiff fails to comply with this Memorandum and Order, this case will be dismissed as to plaintiff Michael Evans without prejudice and without further notice.

2. The clerk's office is directed to send to plaintiff the Form AO 240, "Application to Proceed Without Prepayment of Fees and Affidavit."

3. Plaintiff is reminded to keep the Court informed of his current address at all times while this case is pending.

4. The clerk's office is directed to set a pro se case management deadline with the following text: January 12, 2015: check for new IFP application or payment of fees.

DATED this 9th day of December, 2014.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court

---

\* This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.